# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

### CERTIFICATE OF INTEREST

**Case Number** 2026-1893

**Short Case Caption** Collision Communications, Inc. v. Samsung Electronics, Co

**Filing Party/Entity** Collision Communications, Inc.

---

**Instructions:**

1. Complete each section of the form and select none or N/A if appropriate.

2. Please enter only one item per box; attach additional pages as needed, and check the box to indicate such pages are attached.

3. In answering Sections 2 and 3, be specific as to which represented entities the answers apply; lack of specificity may result in non-compliance.

4. Please do not duplicate entries within Section 5.

5. Counsel must file an amended Certificate of Interest within seven days after any information on this form changes.  Fed. Cir. R. 47.4(c).

---

I certify the following information and any attached sheets are accurate and complete to the best of my knowledge.

Date: 6/16/2026

Signature: s/Paul D. Clement

Name: Paul D. Clement

| 1. Represented Entities. Fed. Cir. R. 47.4(a)(1). | 2. Real Party in Interest. Fed. Cir. R. 47.4(a)(2). | 3. Parent Corporations and Stockholders. Fed. Cir. R. 47.4(a)(3). |
|---|---|---|
| Provide the full names of all entities represented by undersigned counsel in this case. | Provide the full names of all real parties in interest for the entities. Do not list the real parties if they are the same as the entities.  ☑ None/Not Applicable | Provide the full names of all parent corporations for the entities and all publicly held companies that own 10% or more stock in the entities.  ☑ None/Not Applicable |
| Collision Communications, Inc. | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

☐    Additional pages attached

**4. Legal Representatives.**  List all law firms, partners, and associates that (a) appeared for the entities in the originating court or agency or (b) are expected to appear in this court for the entities.  Do not include those who have already entered an appearance in this court.  Fed. Cir. R. 47.4(a)(4).

☐   None/Not Applicable            ☐   Additional pages attached

| | | |
|---|---|---|
| See Addendum | | |
| | | |
| | | |

**5. Related Cases.**  Other than the originating case(s) for this case, are there related or prior cases that meet the criteria under Fed. Cir. R. 47.5(a)?

☐  Yes (file separate notice; see below)   ☑  No   ☐  N/A (amicus/movant)

If yes, concurrently file a separate Notice of Related Case Information that complies with Fed. Cir. R. 47.5(b).  **Please do not duplicate information.**  This separate Notice must only be filed with the first Certificate of Interest or, subsequently, if information changes during the pendency of the appeal.  Fed. Cir. R. 47.5(b).

**6. Organizational Victims and Bankruptcy Cases**.  Provide any information required under Fed. R. App. P. 26.1(b) (organizational victims in criminal cases) and 26.1(c) (bankruptcy case debtors and trustees).  Fed. Cir. R. 47.4(a)(6).

☑   None/Not Applicable            ☐   Additional pages attached

| | | |
|---|---|---|
| | | |
| | | |

**Addendum to Certificate of Interest – Legal Representatives**

**4. Legal Representatives.**  List all law firms, partners, and associates that (a) appeared for the entities in the originating court or agency or (b) are expected to appear in this court for the entities.  Do not include those who have already entered an appearance in this court.  Fed. Cir. R. 47.4(a)(4).

Bradley Wayne Caldwell
Caldwell Cassady & Curry, PC

Austin Curry
Caldwell Cassady & Curry, PC

Aisha Mahmood Haley
Caldwell Cassady Curry PC

James F Smith
Caldwell Cassady Curry PC

Hamad M Hamad
Caldwell Cassady & Curry, PC

Justin Thomas Nemunaitis
Caldwell Cassady & Curry, PC

Christopher S Stewart
Caldwell Cassady & Curry, PC

Robert Seth Reich , Jr
Caldwell Cassady & Curry, PC

James Yang
Caldwell Cassady Curry P.C.

John Franklin Summers
Caldwell Cassady Curry PC

Alexander Joseph Gras
Caldwell Cassady & Curry, PC

Bailey Alexandra Blaies
Caldwell Cassady & Curry, PC

Jason Dodd Cassady
Caldwell Cassady & Curry, PC

James Robert Perkins
Caldwell Cassady Curry PC (no longer with the firm)

Camilo Garcia
Clement & Murphy, PLLC

Andrea Leigh Fair
Miller Fair Henry PLLC

Garrett C. Parish
Miller Fair Henry PLLC

Charles Everingham , IV
Charles Everingham IV P.C