# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## DOCKETING STATEMENT

**Case Number:** 2026 1893

**Short Case Caption:** Collision Communications, Inc. v. Samsung Electronics Co.

**Filing Party** Collision Communications, Inc.

**Instructions.** Complete each section or check the box if a section is intentionally blank or not applicable. Attach additional pages as needed. An amended docketing statement is required for each new appeal or cross-appeal consolidated after the first filing.

Issues to be raised on appeal:

Whether the district court erred in denying Plaintiff's request for a permanent injunction.

Relief awarded below (if damages, specify):  ☐ None/Not Applicable

$445,494,160.00 in damages.

Briefly describe the judgment/order appealed from:

Despite finding that Plaintiff had shown irreparable harm and that money damages were inadequate, the district court denied Plaintiff a permanent injunction against further infringement of its patent on the ground that Plaintiff failed to establish that the balance of hardships and the public interest favored an injunction.

| Nature of Judgment (select one:) | Date of Judgment: 05/18/2026 |
| --- | --- |

☐ Final Judgment, 28 USC § 1295
☐ Rule 54(b)
☑ Interlocutory Order (specify type)   Denial of permanent injunction
☐ Other (explain) _____

Date: 6/16/2026_____

Signature: s/Paul D. Clement

Name: Paul D. Clement