NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**COLLISION COMMUNICATIONS, INC.,**
*Plaintiff-Appellant*

**v.**

**SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC.,**
*Defendants-Appellees*

---

2026-1893

---

Appeal from the United States District Court for the Eastern District of Texas in No. 2:23-cv-00587-JRG, Judge J. Rodney Gilstrap.

---

**ON MOTION**

---

Before CUNNINGHAM, *Circuit Judge.*

**O R D E R**

Upon consideration of Collision Communications, Inc.'s opposed motion to expedite briefing and oral argument in this appeal,

IT IS ORDERED THAT:

The motion is granted to the extent that no extensions of time for the merits briefs and joint appendix will be granted, and the case will be scheduled for the next available argument session after briefing is complete.

FOR THE COURT

June 30, 2026
Date

Jarrett B. Perlow
Clerk of Court