**UNITED STATES COURT OF APPEALS**
**FOR THE FEDERAL CIRCUIT**
717 MADISON PLACE, N.W.
WASHINGTON, D.C. 20439

JARRETT B. PERLOW
CLERK OF COURT

CLERK'S OFFICE
202-275-8000

August 11, 2026

2026-1893 - Collision Communications, Inc. v. Samsung Electronics Co., Ltd.

# NOTICE OF NON-COMPLIANCE

The Brief of Amicus Curiae Alliance of Startups and Inventors for Jobs (USIJ) in Support of Appellants and in Support of Reversal is not in compliance with the rules of this court. Within <u>five business</u> days from the date of this notice, please submit a corrected version of this document correcting the following:

- The font size is improper. When using a proportionally spaced typeface, the font must include serifs and be 14-point or larger (including footnotes). Fed. R. App. P. 29(a)(4); Fed. R. App. P. 32(a)(5) (brief). Refer to the Practice Notes to Rule 32 (Print Size of Briefs; Footnotes). *Clerk's Note: At least the word "No" in footnote 1 and the brief page numbers do not meet the font size requirement.*

- The addendum contains material not permitted under Fed. R. App. P. 28(f), Fed. Cir. R. 28(c)(1), or Fed. R. App. P. 32.1(b). *Clerk's Note: Appendix B is not an authorized addendum.*

*Additional note: the entry of appearance and language in the brief reflects the filer name as "Alliance of U.S. Startups and Inventors for Jobs," but the brief title reflects it as "Alliance of Startups and Inventors for Jobs." If the title inaccurately lists the filer name, the title should be updated.*

* * *

If applicable, the deadline for the next or responsive submission is computed from the original submission date, not the submission date of the corrected version.

When filing the corrected document, please include the word "Corrected" in the document title or on the cover, if applicable. See Fed. Cir. R. 25(c)(4) and Fed. Cir. R. 25(i) for information concerning corrected filings.

A party's failure to timely file a corrected document curing all defects identified on this notice may result in the original document being stricken from the docket. An appellant's failure to cure a defective filing may also result in the dismissal of the appeal pursuant to Fed. Cir. R. 45(a).

FOR THE COURT

Jarrett B. Perlow
Clerk of Court

By: M. Lichtenberg, Deputy Clerk