**UNITED STATES COURT OF APPEALS**
**FOR THE FEDERAL CIRCUIT**

| | |
|---|---|
| COLLISION COMMUNICATIONS, INC.,<br><br>*Appellant*,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC.,<br><br>*Appellee*. | No. 26-1893 |

**UNOPPOSED MOTION TO RESCHEDULE ORAL ARGUMENT**

Pursuant to Federal Circuit Rule 34(d)(3), Appellant Collision Communications, Inc. ("Collision") respectfully moves to reschedule the oral argument that this Court noticed yesterday for the above-captioned case on December 11, 2026, because Collision's counsel, Paul D. Clement, has a recently arising and unavoidable conflict on that date.

On October 20, 2026—just two days ago—the U.S. Court of Appeals for the D.C. Circuit scheduled argument for the morning of December 11, 2026, in *In re Rail Freight Fuel Surcharge Antitrust Litig.*, No. 25-7103 (D.C. Cir.), where Mr. Clement will be presenting oral argument for the appellants. As a result, Mr. Clement is no longer available to argue for Collision in the above-captioned case on that date. Collision therefore respectfully requests that this Court reschedule the oral

argument in the above-captioned case, so that Collision can be represented by its counsel of choice at oral argument.

Collision's counsel has conferred with counsel for Appellee Samsung Electronics Co., Ltd., and is informed that Samsung does not oppose this motion or intend to file a response. Collision is further authorized to represent that all parties' counsel are available for oral argument on January 4-8, 2027.

Respectfully submitted,

s/Paul D. Clement
PAUL D. CLEMENT
*Counsel of Record*
C. HARKER RHODES IV
CAMILO GARCIA
706 Duke Street
Alexandria, VA 22314
(202) 742-8900
paul.clement@clementmurphy.com

AUSTIN CURRY
BRADLEY W. CALDWELL
AISHA M. HALEY
JAMES F. SMITH
HAMAD M. HAMAD
CALDWELL CASSADY & CURRY P.C.
2121 N. Pearl Street, Suite 1200
Dallas, Texas 75201

*Counsel for Appellant Collision Communications, Inc.*

October 22, 2026

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Appellate Procedure 26.1(a), Collision Communications, Inc., certifies that it does not have a parent corporation and that no publicly held corporation owns more than ten percent of its stock.

## CERTIFICATE OF INTEREST

Counsel for Appellant Collision Communications, Inc., certifies the following:

1. The full name of every party represented by us is:

Collision Communications, Inc.

2. The name of the real party in interest represented by us is:

Collision Communications, Inc.

3. All parent corporations and any other publicly held companies that own 10 percent or more of the stock of the party or *amicus curiae* represented by me are:

None.

4. The names of all law firms and the partners or associates that appeared for Collision Communications, Inc. in trial court or are expected to appear in this court are:

CLEMENT & MURPHY PLLC
Paul D. Clement
C. Harker Rhodes IV
Camilo Garcia

CALDWELL CASSADY & CURRY P.C.
Austin Curry
Bradley W. Caldwell
Jason D. Cassady
Justin T. Nemunaitis
Christopher S. Stewart
Hamad M. Hamad
Robert Seth Reich Jr.
John F. Summers

Aisha M. Haley
James F. Smith
James Yang
Alexander J. Gras
Bailey A. Blaies

MILLER FAIR HENRY, PLLC
Andrea Leigh Fair

5. The title and number of any case known to counsel to be pending in this or any other court or agency that will directly affect or be directly affected by this court's decision in the pending appeal is:

*Collision Communications, Inc. v. Samsung Electronics Co.*,
No. 2:23-cv-587 (E.D.Tex.)

Dated: October 22, 2026

s/Paul D. Clement
Paul D. Clement

**CERTIFICATE OF COMPLIANCE**
**WITH TYPE-VOLUME LIMITATION**

I hereby certify that:

1. This motion complies with the type-volume limitation of Fed. R. App. P. 27(d)(2)(A) because it contains 195 words, excluding the parts of the motion exempted by Fed. R. App. P. 32(f) and Fed. Cir. R. 27(a)(7)-(9)

2. This motion complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the typestyle requirements of Fed. R. App. P. 32(a)(6) because it has been prepared in a proportionally spaced typeface using Microsoft Word 2016 in 14-point font.

October 22, 2026

s/Paul D. Clement
Paul D. Clement

## CERTIFICATE OF SERVICE

I hereby certify that on October 22, 2026, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Federal Circuit by using the CM/ECF system. I certify that all participants in this case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

s/Paul D. Clement
Paul D. Clement